**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6237**

─────────────

GARY JACKSON,

                                        Plaintiff - Appellant,

        versus

DARRELL HOOPER, Welding Instructor; PIEDMONT
COMMUNITY COLLEGE,

                                        Defendants - Appellees,

        and

MRS. OWENS, Vocational Programmer; CASWELL
CORRECTIONAL CENTER,

                                                    Defendants.

─────────────

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.    Wallace W. Dixon,
Magistrate Judge. (1:05-cv-00096-WWD)

─────────────

Submitted:  September 5, 2007      Decided:  September 13, 2007

─────────────

Before WILKINSON and NIEMEYER, Circuit Judges, and WILKINS, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gary Jackson, Appellant Pro Se.  Alan S. Hicks, ALAN S. HICKS, P.A., Roxboro, North Carolina; Yvonne Bullock Ricci, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jackson appeals the magistrate judge's* order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. <u>Jackson v. Hooper</u>, No. 1:05-cv-00096-WWD (M.D.N.C. Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

*The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (2007).

- 3 -